IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MICHAEL FISHEL | ) | Case No.: 1:18-cv-1703-RLY-MJD |
| | ) | |
| Plaintiff. | ) | Hon. Judge Jane Magnus-Stinson |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF'S MOTION TO** |
| RICHARD STEIN, et al. | ) | **DISMISS** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff respectfully moves this Honorable Court to dismiss this action, without prejudice. At the time suit was filed Plaintiff and his counsel were not aware Alpha Epsilon Pi Fraternity, Inc. had a Claim and Dispute Resolution Plan requiring claims of this nature to proceed to arbitration. Having now been informed of that plan, and having had the opportunity to review it, Plaintiff seeks dismissal of this action, so he may pursue his claims through arbitration, under that plan. A proposed order is attached.

/s/Thomas F. Glassman
Thomas F. Glassman
Bonezzi Switzer Polito & Hupp Co., LPA
312 Walnut Street, Suite 2530
Cincinnati, Ohio 45202
Phone (513) 345-5502
Fax    (513) 345-5510
Email tglassman@bsphlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing has been served via the court's electronic filing system to all counsel of record this 22nd day of June, 2018.

/s/Thomas F. Glassman
Hon. Thomas F. Glassman
